■ KRISTY MONTANARO, Respondent, v ROBERT M. WEICHERT et al., Appellants. (Appeal No. 2.) [42 NYS3d 913]—Appeal from a letter decision of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), dated June 18, 2015. The letter decision granted plaintiff's motion for a default judgment against defendants.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Montanaro v Weichert* ([appeal No. 1] 145 AD3d 1563 [2016]). Present—Whalen, P.J., Smith, Peradotto, NeMoyer and Scudder, JJ.